UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Criminal No. 12-17 DSD/AJB

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | **SENTENCING ENHANCEMENT** |
| v. ) | **INFORMATION** |
| ) | |
| MARIO RONRICO SMITH, ) | |
| | |
| Defendant. | |

Pursuant to 21 U.S.C. § 851, the United States hereby gives notice of its intention to rely on Defendant's prior felony drug conviction for the purpose of enhancing his sentence in the event he is convicted in this case.

On August 19, 2002, Defendant entered a plea of guilty in this Court to Possession With Intent to Distribute 77 grams of cocaine base in violation of 21 U.S.C. § 841(a)(1) and (b)(1)(A). On January 16, 2003, Defendant was sentenced to the custody of the Bureau of Prisons for 135 months, followed by five years of supervised release. On May 13, 2008, Defendant was resentenced pursuant to the 2007 crack cocaine amendment to 120 months. (*See* MN Docket No. 02-CR-128 DSD, ECF Doc. Nos. 30, 49, 80.) On April 13, 2011, Defendant was released from custody.

The effect of filing this sentencing enhancement information is as follows:

| Count | Sentencing Provision | Unenhanced Penalty | Enhanced Penalty |
|---|---|---|---|
| 1 | 21 U.S.C. § 841(b)(1)(B) | 5 to 40 years imprisonment, $5,000,000 fine, at least 4 years supervised release | 10 years to life imprisonment, $8,000,000 fine, at least 8 years supervised release |

This sentencing enhancement information does not impact Defendant's sentencing on Counts 2 and 3 of the Indictment.

Dated: September 24, 2013

Respectfully Submitted,

JOHN R. MARTI
Acting United States Attorney


s/ Amber M. Brennan

BY:  AMBER M. BRENNAN
Assistant U.S. Attorney