# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

UNITED STATES OF AMERICA,            Criminal No. 12-17 DSD/AJB

       Plaintiff,

v.                                                                               **ORDER**

MARIO RONRICO SMITH,

       Defendant.

     Amber M. Brennan, Esq., Assistant United States Attorney, for the plaintiff, United States of America;

     Ryan P. Garry, Esq., for the defendant, Mario Ronrico Smith.

       Based upon the Report and Recommendation by United States Chief Magistrate Judge Arthur J. Boylan dated October 31, 2013, with all the files and records, and no objections having been filed to said Recommendation, **IT IS HEREBY ORDERED** that:

       1. Defendant Mario Ronrico Smith's Motion to Suppress Evidence and Dismiss Case for Violations Surrounding the Traffic Stop and Expansion is **denied** [Docket Nos. 35 and 37]; and

       2. Defendant Mario Ronrico Smith's Motion to Suppress Evidence and Dismiss Case [Docket Nos. 36 and 38] is **denied**.

Dated: November 12, 2013

                                                                     s/David S. Doty
                                                                     David S. Doty, Judge
                                                                     United States District Court